KESSNER UMEBAYASHI BAIN & MATSUNAGA
Attorneys at Law; A Law Corporation

STEVEN GUTTMAN     1289-0
DAWN EGUSA         9359-0
220 South King Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 536-1900
Facsimile: (808) 529-7177
Email: sguttman@kdubm.com
       degusa@kdubm.com

Attorneys for Defendant
ARS NATIONAL SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ELOIS CHIN, | ) | Case No. 1:14-CV-00426 DKW BMK |
|---|---|---|
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| ARS NATIONAL SERVICES, INC., ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC, and MIDLAND CREDIT MANAGEMENT, INC., | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 3, 2014 an original and a copy of each of the following:

1.  Defendant ARS National Services, Inc.'s First Set of Interrogatories Directed to Plaintiff

2. Defendant ARS National Services, Inc.'s First Request for Production of Documents to Plaintiff; Instructions; Definitions; Request for Production of Documents; and

3. Defendant ARS National Services, Inc.'S First Request for Admissions to Plaintiff,

(collectively "Discovery Requests"), were served, via hand-delivery, upon Plaintiff, addressed as follows:

TO:   ELOIS CHIN
c/o Justin A. Brackett, Esq.
Holcomb Law, LLLC
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813

Further, a set of said Discovery Requests was also served, via hand-delivery, on December 4, 2014, to the following:

DAVID J. MINKIN, ESQ.
McCORRISTON MILLER
MUKAI & MacKINNON
Five Waterfront Plaza, Suite 400
500 Ala Moana Blvd.
Honolulu, HI 96813

Attorney for Defendants
ENCORE CAPITAL GROUP, INC.,
MIDLAND FUNDING, LLC, and
MIDLAND CREDIT MANAGEMENT, INC

DATED: Honolulu, Hawaii, December 4, 2014.

      /s/ Steven Guttman
STEVEN GUTTMAN
DAWN EGUSA
Attorneys for Defendant
ARS NATIONAL SERVICES, INC.